373 A.2d 1115

Commonwealth v. Althouse, Appellant.

Argued March 15, 1977. Shaubut C. Walz, III, for appellant; C. Joseph Rehkamp, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.